UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE NELSON DUNBAR,<br><br>Petitioner,<br><br>v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO,<br><br>Respondent. | Case No. 2:21-cv-01022-WBS-JDP (HC)<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On November 30, 2022, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed November 30, 2022, are adopted in full;

1

2.  Petitioner's motion for relief from judgment and for appointment of counsel, ECF No. 14, is denied; and

3.  The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  December 22, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE